IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ASSOCIATION FOR EQUAL ACCESS, and JAMES RUTHEROFRD | ) ) | |
| Plaintiffs, | ) ) | Case No. 15 CV 00367 |
| vs. | ) ) | Judge John Robert Blakey |
| EURO GRILL INC., RAYYAN PLAZA III DUMALI BEJNI, individually, RAY RAYYAN, Individually, | ) ) ) ) | Magistrate Judge Michael T. Mason |
| Defendants. | ) | JURY DEMANDED |

## PLAINTIFFS' INITIAL STATUS REPORT

**1.** **The Nature of the Case**

    **a.** **Attorneys of Record**

Plaintiffs, Association for Equal Access ("A4EA") and James Rutherford ("Rutherford") (collectively known as "Plaintiffs") are represented by:

    Ronald C. Dahms, Esquire
    Law Offices of Ronald C. Dahms
    135 South LaSalle Street, Suite 3300
    Chicago, Illinois 60603
    (312) 609-0060
    rdahmslaw@yahoo.com

Defendants, Euro Grill, Inc ("Euro Grill"), Rayyan Plaza III ("Rayyan Plaza"), Dumali Bejni ("Bejni"), and Ray Rayyan ("Rayyan") (collectively known as "Defendants") were served with the Complaint and summons via process server on or before January 29, 2015, but have yet to file an appearance, or answer or otherwise plead to Plaintiffs' Complaint.

    **b.** **Basis for Federal Jurisdiction**

Plaintiffs bring their complaint pursuant to Title III of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §12101 *et seq*.

  **c..  Nature of the Claims**

  Plaintiffs, James Rutherford, an individual with a disability within the meaning of the ADA, and A4EA, an Association that represents disabled members, including Mr. Rutherford, and assists them with claims against facilities in violation of the ADA, claim that Defendants' facilities are places of public accommodation and are in violation of Title III of the ADA through their failure to provide accommodations accessible to individuals with disabilities, and failure to remove architectural barriers preventing those individuals access to, and from use of, the facilities, as fully detailed in paragraph 14 of the Complaint.

  **d.  Major Legal and Factual Issues Anticipated in the Case.**

  Plaintiffs do not anticipate any legal issues in dispute in this case. However, Counsel for Plaintiffs is determining whether to amend Plaintiffs' Complaint to include the alleged new owner of the Euro Grill facilities as, after filing this cause of action, Counsel received information from Defendant Bejni that Euro Grill may have been sold to a new owner. However, the alleged sale was not complete until after Defendants Bejni and Euro Grill were notified by Plaintiffs of the ADA violations within their facilities in July of 2014. Investigation continues. At all times relevant to Plaintiffs' claims, Defendant Rayyan owned Rayyan Plaza, the strip mall with which the restaurant Euro Grill is located within.

  **e.  Relief Sought by the Plaintiffs.**

  Plaintiffs seek declaratory and injunctive relief, including an Order declaring Defendants in violation of the ADA, and a Court ordered injunction that Defendants cease violating the ADA and bring their facilities in compliance with Title III of the ADA. Plaintiffs also seek damages, costs, and attorneys fees associated with this cause of actions.

2. **Pending Motions and Case Plan**

Currently, there are no pending motions or a case plan.

3. **Consent to Proceed Before a Magistrate Judge**

N/A

4. **Status of Settlement Discussions**

Plaintiffs have been engaged with Defendants in settlement discussions since August of 2014, and specifically with Defendants Rayyan and Rayyan Plaza since September of 2014. However, if settlement discussions do not provide an end to this litigation, and Defendants, Rayyan and Rayyan Plaza do not file an appearance, by March 31, 2015, Counsel for Plaintiffs will file a Motion for Default Judgment against those two Defendants.

                                                  LAW OFFICES OF RONALD C. DAHMS


                                                  By:_*s/ Ronald C. Dahms*_____
                                                      RONALD C. DAHMS
                                                      Attorney for Plaintiffs

Law Offices of Roanld C. Dahms
135 South LaSalle Street, Suite 3300
Chicago, IL 60603