# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ASSOCIATION FOR EQUAL ACCESS, and JAMES RUTHEROFRD | ) ) | |
| Plaintiffs, | ) ) | Case No. 15 CV 00367 |
| vs. | ) ) | Judge John Robert Blakey |
| EURO GRILL INC., RAYYAN PLAZA III DUMALI BEJNI, individually, RAY RAYYAN, Individually, | ) ) ) ) | Magistrate Judge Michael T. Mason |
| Defendants. | ) | |

**PLAINTIFF'S RULE 41(a)(1)(A) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST ALL DEFENDANTS**

Plaintiff, ASSOCIATION FOR EQUAL ACCESS and JAMES RUTHEROFRD, by undersigned Counsel, hereby voluntary dismisses their complaint in its entirety, without prejudice, against Defendants, EURO GRILL, INC, RAYYAN PLAZA III, DUMALI BEJNI, and RAY RAYYAN pursuant to Fed. R. Civ. P. 41(a)(1)(A).

LAW OFFICES OF RONALD C. DAHMS

By: *s/ Ronald C. Dahms*
RONALD C. DAHMS
Attorney for Plaintiffs
Law Offices of Ronald C. Dahms
135 South LaSalle Street, Suite 3300
Chicago, IL 60603
(312) 609-0060 (phone)
(312) 541-8991 (fax)
Rdahmslaw@yahoo.com