IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ASSOCIATION FOR EQUAL ACCESS, and JAMES RUTHERFORD | ) ) | |
| Plaintiffs, | ) ) | Case No. 15 CV 00367 |
| vs. | ) ) | Judge John Robert Blakey |
| EURO GRILL INC., RAYYAN PLAZA III DUMALI BEJNI, individually, RAY RAYYAN, Individually, | ) ) ) ) | Magistrate Judge Michael T. Mason |
| Defendants. | ) ) | |

**MOTION TO REINSTATE CASE AND ENFORCE SETTLEMENT AGREEMENT**

Plaintiffs, ASSOCIATION FOR EQUAL ACCESS and JAMES RUTHERFORD, by undersigned Counsel, move to reinstate this cause of action and enforce the private settlement agreement against the Defendants, EURO GRILL, INC, RAYYAN PLAZA III, DUMALI BEJNI, and RAY RAYYAN (collectively hereinafter "Defendants"). In support of their motion, Plaintiffs state as follows:

1. On January 14, 2015, Plaintiffs filed their one count Complaint against Defendants alleging violations under Title III of the Americans with Disabilities Act ("ADA"). (Dkt. No. 1). Defendants were properly served with the Complaint.

2. Prior to Defendants filing their appearances, the Parties entered into a private settlement agreement. On March 31, 2015, Plaintiffs voluntarily dismissed their complaint *without prejudice*.

3. Plaintiffs are left with no choice but to reinstate this case and enforce the settlement agreement, as Defendants have not complied with section one (1) of the settlement agreement regarding the architectural modifications to Defendants' facilities.

    4.    Since the settlement agreement is confidential, counsel for Plaintiffs will hand deliver a copy of the agreement to the Court along with a courtesy copy of this motion.

    WHEREFORE, Plaintiff, ASSOCIATION FOR EQUAL ACCESS and JAMES RUTHERFORD request that this honorable Court reinstate this cause of action, enforce the settlement agreement entered into between the parties, award plaintiffs attorneys' fees and costs, and grant any other relief it deems just.

Respectfully submitted,

*s/ Ronald. C. Dahms*
Ronald C. Dahms
Attorney for Plaintiffs

Ronald C. Dahms
3020 W. Frontage Road, Suite 3020
Northfield, Illinois 60093
(312) 609-0060