# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

James Rutherford, et al.
                        Plaintiff,

v.
                        Case No.: 1:15−cv−00367
                        Honorable John Robert Blakey

Euro Grill, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 21, 2016:

      MINUTE entry before the Honorable John Robert Blakey: Status hearing held. Plaintiffs' Motion to Reinstate the Case [11] is denied as moot. Based on Plaintiffs' counsel's representations regarding settlement, this matter will remain dismissed without prejudice and shall convert to a dismissal with prejudice on 6/20/16, absent a renewed motion for reinstatement. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.